IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Qurentia Miller,

          Plaintiff,

v.                               Case No. 1:21-cv-2253-MLB

Maggiano's Holding Corporation,

          Defendant.

_____/

## ORDER

The parties have announced that this case has settled. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device and will not prejudice the rights of the parties to this litigation in any manner. The parties need only file a motion to reopen the case if settlement negotiations fail.

**SO ORDERED** this 3rd day of December, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE